IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JOEY WINSTON, JOEY VERNARD )
WINSTON, JR., JOEY VERNARD )
WINSTON, SR., and KING PRINCE )
JOEY VERNARD WINSTON, JR., )
)
    Plaintiffs, )
)
v. ) CASE NO. CV419-330
)
CHATHAM COUNTY JAIL, )
SAVANNAH POLICE DEPARTMENT, )
and JACOB HILDERBRAND, )
)
    Defendants. )

### ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff Joey Winston's claim is **DISMISSED WITHOUT PREJUDICE** and his Motion for Leave to Proceed In Forma Pauperis (Doc. 2) is **DISMISSED AS MOOT**. Additionally, Plaintiffs Joey Vernard Winston, Jr., Joey Vernard Winston, Sr., and King Prince Joey Vernard Winston, Jr.'s claims are **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 11th day of April 2020.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA