# United States District Court
## *Southern District of Georgia*

Joey Winston, Joey Vernard Winston, Jr., Joey Vernard
Winston, Jr., Joey Vernard Winston, Sr., and King Prince
Joey Vernard Winston, Jr.,

**JUDGMENT IN A CIVIL CASE**

**V.**

CASE NUMBER: CV419-330

Chatham County Jail, Savannah Police Department, and
Jacob Hilderbrand

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury
has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been
rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court' Order dated 4/13/20, adopting the U. S. Magistrate

Judge's Report and Recommendation as the opinion of the court, judgment is hereby entered

dismissing without prejudice Joey Winston's claims and dismissing as moot claims against Plaintiff's

Joey Vernard Winston, Jr., Joey Vernard Winston, Sr., and King Prince Joey Vernard Winston, Jr.'s.

This case stands closed.



4/13/20

_____
Date

John E. Triplett, Acting Clerk

_____
Clerk

_____
*(By) Deputy Clerk*